## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-01554 MCF |
| LIZZETTE ALVARADO CASTILLO | |
| Debtor(s) | CHAPTER 7 |

## MOTION REQUESTING CONVERSION TO CHAPTER 13

TO THE HONORABLE COURT:

NOW COME(S) the debtor(s) herein, **LIZZETTE ALVARADO CASTILLO,** by her undersigned attorney who very respectfully ALLEGE(S) AND PRAY(S):

1. Debtor filed a Voluntary Petition under Chapter 7 on March 22nd, 2019.

2. That debtor hereby request to the Honorable Court for the conversion of the case to Chapter 13 pursuant to the provisions of Title 11 USC and Local Rules.

3. The undersigning attorney has explained the obligations of debtors in a Chapter 13 case and he understands such obligations.

4. This is the first time that a conversion is requested.

WHEREFORE debtor respectfully requests from this Honorable Court grant the conversion and to schedule a Chapter 13, 341 Meeting of Creditors and that all other remedies which are proper and just be also granted.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: Chapter 7 Trustee, and all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico this 16th day of April 2019.

By: */s/ Juan C. Bigas Valedon*
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
Email: cortequiebras@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-01554-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Tue Apr 16 16:56:48 AST 2019 | ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLAD<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | CITICARDS<br>701E 60TH ST N<br>SIOUX FALLS, SD 57104-0432 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN,PR 00908-0146 |
| FIRST BANK DE PUERTO RICO<br>PO BOX 19327<br>SAN JUAN, PR 00910-1327 | MACYS/ DSNB<br>PO BOX 8218<br>MASON, OH 45040-8218 | MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 SAN JUAN PR 00908-0146 |
| MONEY EXPRESS<br>PO Box 11867<br>San Juan, PR 00910-3867 | Oriental Bank<br>Retail Operation & Collections<br>Box 364745,<br>San Juan, P.R. 00936-4745<br>Att.: Ramn A. Snchez Marrero 00936-4745 | SCOTIABANK DE PUERTO RICO<br>PO Box 363368<br>San Juan, PR 00936-3368 |
| SEARS/CBNA<br>133200 SMITH RD<br>CLEVELAND, OH 44130 | SYNCB/AMER EAGLE DC<br>PO BOX965005<br>ORLANDO, FL 32896-5005 | SYNCB/JC PENNEY<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/PEP BOYS<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/TJX COS DC<br>PO Box 965005<br>Orlando, FL 32896-5005 | JUAN CARLOS BIGAS VALEDON<br>JUAN C BIGAS LAW OFFICE<br>PO BOX 7011<br>PONCE, PR 00732-7011 |
| LIZZETTE ALVARADO CASTILLO<br>COND GALLARDO GARDENS<br>1020 AVE LUIS VIGOREAUX APT C-2-C<br>GUAYNABO, PR 00966-2430 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOREEN WISCOVITCH RENTAS<br>PMB 136<br>400 CALAF STREET<br>SAN JUAN, PR 00918-1314 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20