```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 19-01554-MCF
LIZZETTE ALVARADO CASTILLO
                                          CHAPTER 13

        DEBTOR (S)

                        TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

    1. The Debtor(s) failed to commence making payments under the proposed plan in violation of what is required pursuant to 11 U.S.C. §1326(a)(1).

    2. There is CAUSE for this case dismissal as the Debtor(s) is (are) in material `default with respect to the terms of the confirmed plan (or proposed plan). As of May 10, 2019 the default is equal to $100.00. 11 U.S.C. §1307(c)(6).   Situation that constitutes an unreasonable delay prejudicial to creditors. 11 U.S.C. §1307   (c)(1).

    WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

    30 DAYS NOTICE:  Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted without the need of further notice or hearing.

    NEGATIVE CERTIFICATION PURSUANT TO SECTION 201(B)(4) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:  The Chapter 13 Trustee declares that according to the attached certification(s), provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the ARMY, NAVY, or AIR FORCES of the United States of America; National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

    CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Friday, May 10, 2019.

                                          /s/ Jose R. Carrion

                                          JOSE R. CARRION CHAPTER 13 TRUSTEE
                                          PO Box 9023884, San Juan, PR 00902
                                          Tel (787) 977-3535
                                          FAX (787) 977-3550

Department of Defense Manpower Data Center

Results as of : May-10-2019 08:16:21 AM

SCRA 4.11



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2625 |
| Birth Date: | |
| Last Name: | ALVARADO CASTILLO |
| First Name: | LIZZETTE |
| Middle Name: | |
| Status As Of: | May-10-2019 |
| Certificate ID: | S9W4Z2H9R53TTWR |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN C BIGAS VALEDON*<br>JUAN C BIGAS LAW OFFICE<br>PO BOX 7011<br>PONCE, PR 00732-7011 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LIZZETTE ALVARADO CASTILLO<br>COND GALLARDO GARDENS<br>1020 AVE LUIS VIGOREAUX APT C-2-C<br>GUAYNABO, PR 00966 |
| AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 7066<br>SAN JUAN, PR 00916-7066 | CITICARDS<br>701E 60TH ST N<br>SIOUX FALLS, SD 57104 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRST BANK DE PUERTO RICO<br>PO BOX 19327<br>SAN JUAN,, PR 00910-1427 | JUAN CARLOS BIGAS VALEDON<br>JUAN C BIGAS LAW OFFICE<br>PO BOX 7011<br>PONCE,, PR 00732-7011 |
| MACYS/ DSNB<br>PO BOX 8218<br>MASON, OH 45040 | MONEY EXPRESS<br>PO BOX 11867<br>SAN JUAN,, PR 00910-3867 |
| MONEY EXPRESS<br>FIRSTBANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | NOREEN WISCOVITCH RENTAS<br>PMB 136<br>400 CALAF ST<br>SAN JUAN, PR 00918 |
| ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | ORIENTAL BANK<br>RETAIL OPERATION & COLLECTIONS<br>BOX 364745,<br>SAN JUAN, P.R. |
| ORIENTAL BANK CENTRALIZED COLLECTIONS UNIT BANKF<br>C/O JAIME RUIZ- SALDANA ESQ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | SCOTIABANK DE PUERTO RICO<br>C/O JUAN C FORTUNO FAS<br>PO BOX 9300<br>SAN JUAN, PR 00908 |
| SCOTIABANK DE PUERTO RICO<br>PO BOX 363368<br>SAN JUAN,, PR 00936-3368 | SEARS/CBNA<br>133200 SMITH RD<br>CLEVELAND, OH 44130 |

Page 1 of 2    CASE NO.    19-01554-MCF

| | |
|---|---|
| SYNCB/AMER EAGLE DC<br>PO BOX965005<br>ORLANDO, FL 32896 | SYNCB/JC PENNEY<br>PO BOX 965007<br>ORLANDO,, FL 32896-5007 |
| SYNCB/PEP BOYS<br>C/O PO BOX 965036<br>ORLANDO, FL 32896 | SYNCB/TJX COS DC<br>PO BOX 965005<br>ORLANDO,, FL 32896-5005 |

DATED: May 10, 2019

CAROLINE MARTINEZ

OFFICE OF THE CHAPTER 13 TRUSTEE